UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE MITCHELL, et al., | No. 2:20-cv-00139 JAM KJN (PS) |
| Plaintiffs, | |
| v. | ORDER |
| SUN CITY LINCOLN HILLS COMMUNITY ASSOCIATION, | |
| Defendant. | |

This matter was referred to the assigned settlement United States Magistrate Judge. (ECF No. 44.) On November 7, 2022, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this matter. The court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed November 7, 2022 (ECF No. 48) are adopted in full.

2. Plaintiffs' motion to enforce the settlement agreement (ECF No. 43) is denied.

////

1

3. Defendant's request for reasonable fees incurred in responding to the motion (ECF No. 47) is granted in the amount of $5,375.00.

4. The Clerk of Court is directed to close this case.

Dated: December 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE